# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**STEVEN R. DEWITT,**

   *Plaintiff*,

v.                                     Case No.: 4:22cv185-MW/MAF

**CARESSA HANEY,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** because it is duplicative to a pending case in this Court against the same Defendant, based on the same set of facts." The Clerk shall close the file.

**SO ORDERED** on June 28, 2022.

                                            s/Mark E. Walker_____
                                            **Chief United States District Judge**